McNulty against the Press Publishing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1128.

MacPHERSON v. BUICK MOTOR CO. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Donald C. MacPherson against the Buick Motor Company. No opinion. Motion granted. See, also, 145 N. Y. Supp. 462.

MALONEY v. CUNARD S. S. CO. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Appeal from Trial Term, New York County. Action by Michael Maloney against the Cunard Steamship Company. From a judgment for plaintiff, and an order denying a motion for a new trial, defendant appeals. Reversed, and complaint dismissed. Henry De Forest Baldwin, of New York City, for appellant. Herbert C. Smyth, of New York City, for respondent.

PER CURIAM. The evidence fails to sustain a finding that the defendant was guilty of negligence, or that the plaintiff was free from contributory negligence. The judgment and order should therefore be reversed, and the complaint dismissed, with costs.

LAUGHLIN and HOTCHKISS, JJ., concur in reversal, but dissent from the dismissal of the complaint.

MALONEY, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by William Maloney, an infant, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

MANDERELLO, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Paul Manderello against George W. Linch, as receiver. C. E. Chalmers, of New York City, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of the Manhattan Railway Company. No opinion. Motion granted. Settle order on notice.

MARDER v. NEW SYSTEM NAPKIN TOWEL SUPPLY & STEAM LAUNDRY CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Malka Marder against the New System Napkin Towel Supply & Steam Laundry Company. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 757.

In re MARKS. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of Alexander Marks. No opinion. Referred to official referee. Settle order on notice. See, also, 143 N. Y. Supp. 1130.

In re MARKS. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) In the matter of Alexander Marks, an attorney. No opinion. Report of referee confirmed, and respondent disbarred. See, also, 144 N. Y. Supp. 1128.

In re MARKS' WILL. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the probate of the last will and testament of Sol Marks, deceased, in which Jacob Marks and others are appellants, and Lillian Marks is respondent. No opinion. Motion to resettle order granted, by adding the words "against the appellants" after the words "costs to the respondent." See, also, 144 N. Y. Supp. 1128.

MARTIN, Respondent, v. ZIMBRICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Victoria Martin against Albert M. Zimbrich. No opinion. Judgment and order affirmed, with costs.

In re MARVIN. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) In the matter of the application of George H. Marvin for the removal of Harry S. Lewis and others from certain premises, etc. No opinion. Order reversed, with costs, and proceeding dismissed, with costs, upon the authority of Kramer v. Amberg, 15 Daly, 205, 4 N. Y. Supp. 613, affirmed upon opinion of court below 115 N. Y. 655, 21 N. E. 1119.

MASCH, Appellant, v. NEW YORK & N. S. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Gertrude Masch, an infant, by Gustave Masch, her guardian ad litem, against the New York & North Shore Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

MATHEWSON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by James E. Mathewson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

MAUGER, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division,